IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, </br></br>   Petitioners, </br></br>   v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br>   Respondents. | Civil Action No. 05-CV-2010 (JR) |
| JABBAROW OYBEK JAMOLIVICH, </br></br>   Petitioner, </br></br>   v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br>   Respondents. | Civil Action No. 05-CV-2112 (RBW) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, </br></br>   Petitioners, </br></br>   v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br>   Respondents. | Civil Action No. 05-CV-2201 (ESH) |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*,      Petitioners,      v.      GEORGE W. BUSH,      President of the United States, *et al.*,      Respondents. | Civil Action No. 05-CV-2336 (PLF) |
| GHASSAN ABDULLAH AL SHARBI, *et al.*,      Petitioners,      v.      GEORGE W. BUSH,      President of the United States, *et al.*,      Respondents. | Civil Action No. 05-CV-2348 (EGS) |
| AHMED BEN BACHA, *et al.*,      Petitioners,      v.      GEORGE W. BUSH,      President of the United States, *et al.*,      Respondents. | Civil Action No. 05-CV-2349 (RMC) |

|  |  |  |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2367 (RWR) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULLAH ALI SALEH GERAB  ALSAAEI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2369 (RWR) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUR RAZAKAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2370 (EGS) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| AHMED AL DARBY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2371 (RCL) |
| ABDUL HALEEM, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2376 (RBW) |
| ABDUL HAMID ABDUL SALAM <br> AL-GHIZZAWI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2378 (JDB) |

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2379 (JR) |
| ZAKARIA AL-BAIDANY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2380 (CKK) |
| ISMAIL ALI AL RAMMI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2381 (JDB) |

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2384 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JOBRAN SAAD AL-QUHTANI, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2387 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|   |   |   |
|---|---|---|
| THABID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2398 (ESH) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2399 (RJL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMAD RIMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2427 (RJL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2444 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2452 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| ANWAR KHAN, *et al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-2466 (RCL) <br> ) |
| GEORGE W. BUSH, <br>    President of the United States, <br>    *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| MUBARK HUSSEIN, *et al.*, | ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-2467 (PLF) <br> ) |
| GEORGE W. BUSH, <br>    President of the United States, <br>    *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |
| AHMED AL-DELEBANY, *et al.*, | ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-2477 (RMU) <br> ) |
| GEORGE W. BUSH, <br>    President of the United States, <br>    *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

|  |  |  |
|---|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2479 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated:  January 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE

- 10 -

                    MARC A. PEREZ
                    Attorneys
                    United States Department of Justice
                    Civil Division, Federal Programs Branch
                    20 Massachusetts Ave., N.W.  Room 7144
                    Washington, DC  20530
                    Tel:  (202) 514-4107
                    Fax:  (202) 616-8470

                    Attorneys for Respondents