IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― x
ABDUR RAZAKAH, *et al.*,

                Petitioners,

                v.

GEORGE W. BUSH, *et al.*,

                Respondents.
―――――――――――――――――――――――― x

Civil Action No. 05 CV 2370 (EGS)

**MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDER**

       Petitioners Abdur Razakah and Ahmad Doe, acting on their own behalf and through their Next Friend, Usama Hasan Abu Kabir, and by and through their undersigned counsel, hereby respectfully move that the Court grant expedited entry of the Amended Protective Order (Ex. A), "Protected Information" Order (Ex. B), and Supplemental Filing Procedures Order (Ex. C) (together, the "Protective Order"), previously entered by Judge Joyce Hens Green in *Ab-dah v. Bush*, 04-CV-1254 (HHK), and other coordinated Guantánamo detainee cases.

       Counsel for Respondents have refused to consent to the Court's entry of the Protective Order. However, because the Government will not allow privileged communications between counsel and Petitioners and will not allow counsel to visit Petitioners at the Guantánamo Naval Base until the Protective Order is entered, Petitioners respectfully request that this motion be granted.

       This Motion is made without prejudice to Petitioners' right to challenge or seek modification of any particular terms of the Protective Order in the future.

KL3:2490159.1

Dated:    New York, New York
          January 12, 2006

                        Respectfully submitted,

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP


                        By: /s/ Paul Schoeman

                            Paul Schoeman (Pursuant to LCvR 83.2(g))
                            J. Wells Dixon (Pursuant to LCvR 83.2(g))
                            Joel Taylor (Pursuant to LCvR 83.2(g))
                            Alison Sclater (Pursuant to LCvR 83.2(g))
                            Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Tel:  (212) 715-9100

                            -and-

                        CENTER FOR CONSTITUTIONAL RIGHTS
                            Barbara Olshansky (NY-0057)
                            Tina Monshipour Foster (Pursuant to LCvR 83.2(g))
                            Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                            666 Broadway, 7th Floor
                            New York, New York 10012
                            Tel:  (212) 614-6439

                        *Counsel to Petitioners*

TO:   Terry M. Henry
      U.S. Department of Justice
      Civil Division, Federal Program Branch
      20 Massachusetts Avenue, N.W. Room 7144
      Washington, D.C. 20530