IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUR RAZAKAH, *et al.*, | |
| Petitioners, | Civil Action No. 05 CV 2370 (EGS) |
| v. | |
| GEORGE W. BUSH, *et al.*, | **NOTICE OF CHANGE OF ADDRESS** |
| Respondents. | |

      Pursuant to LCvR 57.26(c), please take notice that the address and telephone number of Alison Sclater, Esq., co-counsel to Petitioners in the above-captioned matter, has changed, effective immediately. The Clerk is respectfully requested to note this change of address in the court docket and henceforth to transmit all orders, correspondence and other documents or communications relating to the above-captioned matter to:

>Alison Sclater, Esq.
>245 E. 80th Street, #9J
>New York, New York 10021
>alison.sclater@gmail.com
>(212) 717-2736

Dated:   New York, New York
         April 5, 2006

>Respectfully submitted,
>
>/s/ Alison Sclater
>Alison Sclater (Pursuant to LCvR 83.2(g))
>245 E. 80th Street, #9J
>New York, New York 10021
>Tel: (212) 717-2736

KL3:2485562.1