IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
ABDUR RAZAKAH, *et al.*,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Petitioners,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　　: 　Civil Action No. 05-cv-2370 (EGS)
　　　　　　　　　　　　　　　　　　　　　:
GEORGE W. BUSH, *et al.*,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Respondents.　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------- x

## ORDER TO SHOW CAUSE

Upon consideration of Petitioners' motion for an order to show cause why Respondents should not be held in contempt, and the accompanying declaration of J. Wells Dixon, with exhibits, and all prior proceedings in this case, it hereby:

ORDERED that Respondents shall appear and show cause before this Court, at the United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001 on the _____ day of _____, 2006, at _____ or as soon thereafter as counsel can be heard, why an order should not be made and entered holding Respondents in contempt of the Amended Protective Order entered by the Court on March 17, 2006, and ordering them to permit Petitioners access to their counsel;

And it is further,

ORDERED that Petitioners shall serve a copy of this Order on Respondents on or before the _____ day of _____, 2006;

And it is further,

- 2 -

      ORDERED that answering papers in opposition to the motion shall be served by Respondents by no later than _____ p.m. on the _____ day of _____, 2006.

SO ORDERED this _____ day of _____, 2006.

                                               _____
                                               UNITED STATES DISTRICT JUDGE