IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
─────────────────────────────── x
                                :
ABDUR RAZAKAH, et al.,          :
                                :
                Petitioners,    :
                                :
        v.                      :  Civil Action No. 05-cv-2370 (EGS)
                                :
GEORGE W. BUSH, et al.,         :
                                :
                Respondents.    :
                                :
─────────────────────────────── x
```

## DECLARATION OF J. WELLS DIXON

I, J. WELLS DIXON, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   I am an attorney at Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036 ("Kramer Levin"). I am licensed to practice law in the States of New York and Colorado.

2.   Kramer Levin is *pro bono* counsel to petitioners Abdur Razakah and Ahmad Doe ("Petitioners") in the above-captioned action. Because they have no meaningful way of securing legal representation for themselves, Petitioners filed a *habeas corpus* petition through their next friend, Usama Hasan Abu Kabir, on December 12, 2005. The Court entered the Amended Protective Order in this case on March 17, 2006. The Kramer Levin attorneys and paralegal who intend to communicate with Petitioners have also obtained the necessary security clearances. Yet Respondents have thus far refused to permit us to visit or speak with our clients, or to provide us with any information concerning them.

- 2 -

3. I now submit this declaration in support of Petitioners' motion for an order to show cause why Respondents should not be held in contempt, to place before the Court copies of documents relevant to the resolution of this motion.

4. Attached to this declaration are true copies of the following documents:

| Exhibit | Document |
| --- | --- |
| A. | February 2, 2006 email from Terri McPalmer, CDR, JAGC, U.S. Navy, to Paul Schoeman and other *habeas* counsel |
| B. | February 24, 2006 submission by Kramer Levin to the 2006 Administrative Review Boards (without exhibits) |
| C. | The Court's March 17, 2006 order entering the Amended Protective Order in the above-caption action |
| D. | Email correspondence between Kramer Levin and the Justice Department, including Kramer Levin's April 4, 2006 counsel visit request form |
| E. | Order, *Al Salami v. Bush*, No. 05-cv-02452 (PLF) (D.D.C. Apr. 13, 2006) |
| F. | Respondents' Memorandum in Opposition to Petitioners' Motion for Entry of Protective Order, *Al Salami v. Bush*, No. 05-cv-02452 (PLF) (D.D.C. Mar. 27, 2006) |
| G. | Memorandum Opinion, *Adem v. Bush*, No. 05-00723 (RWR) (AK) (D.D.C. Mar. 14, 2006) |

- 3 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   New York, New York
            April 20, 2006


                                          /s/ J. Wells Dixon
                                          J. Wells Dixon