# EXHIBIT C

**Dixon, J. Wells**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Friday, March 17, 2006 5:09 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-02370-EGS RAZAKAH et al v. BUSH et al "Order on Motion to Expedite"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcegs2, entered on 3/17/2006 at 5:08 PM EDT and filed on 3/17/2006
**Case Name:**       RAZAKAH et al v. BUSH et al
**Case Number:**     1:05-cv-2370
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [5] Motion for Expedited Entry of Protective Order. It is hereby ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Addressing Designation Procedures for "Protected Information" issued on November 10, 2004, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order issued on December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* shall apply in this case. Signed by Judge Emmet G. Sullivan on March 17, 2006. (lcegs2)

The following document(s) are associated with this transaction:

**1:05-cv-2370 Notice will be electronically mailed to:**

J. Wells Dixon     jdixon@kramerlevin.com

Terry Marcus Henry     terry.henry@usdoj.gov,

Preeya M. Noronha     preeya.noronha@usdoj.gov

Paul Schoeman     pschoeman@kramerlevin.com, mattorney@kramerlevin.com; cpizzarello@kramerlevin.com

Alison Sclater     asclater@kramerlevin.com

4/20/2006

Michael J. Sternhell    msternhell@kramerlevin.com

**1:05-cv-2370 Notice will be delivered by other means to:**

Joel Taylor
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

4/20/2006

# EXHIBIT D

# Dixon, J. Wells

| | |
|---|---|
| From: | Dixon, J. Wells |
| Sent: | Tuesday, April 18, 2006 10:23 AM |
| To: | 'Andrew.Warden@usdoj.gov' |
| Subject: | RE: GTMO Visit Request |

Andrew,

Thanks for your email. We understand from your response that you do not consent to a motion.

Wells

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Monday, April 17, 2006 11:00 PM
To: Dixon, J. Wells
Subject: RE: GTMO Visit Request


Wells,

As a threshold matter, our position on the next-friend standing matter should not come as a surprise to you; it was articulated in our opposition to the motion for entry of the protective order, which was filed on January 26, 2006. Additionally, please remember submission of a request to visit Guantanamo is not the equivalent of approval. If you have concerns about paying for travel arrangements prior to receiving confirmation of your visit request, please call us about the status of your request. We routinely receive and respond to such requests from other counsel in the Guantanamo habeas litigation.

Although the protective order has been entered in this case, we cannot consent to your visit request at this time because the petition in this case has not been properly authorized. Petitioners Abdur Razakah and Ahmad Doe have not directly authorized the filing of the petition, nor has the putative "next friend," Usama Hasan Abu Kabir, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990). See Revised Procedures for Counsel Access, paragraph III.C.1 ("Prior to being permitted access to the detainee, . . . counsel shall provide evidence of his or her authority to represent the detainee."). In any event, Guantanamo has tentatively scheduled commissions visits and hearings during the entire week of May 14. Therefore, Guantanamo is not scheduling any habeas visits during the week of May 14.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084




-----Original Message-----
From: JDixon@KRAMERLEVIN.com [mailto:JDixon@KRAMERLEVIN.com]
Sent: Thursday, April 13, 2006 2:20 PM
To: Warden, Andrew (CIV)
Subject: RE: GTMO Visit Request

1

Andrew,

Thank you for your email. I am surprised by your response, especially given that we submitted our request on April 4th and you have waited until now to raise a next-friend objection. If you intended to contest our representation in this manner, you should have done so before we spent considerable time and money preparing to visit our Uyghur clients.

In any event, as I'm sure you are aware, the Court granted our motion for entry of the Amended Protective Order in the Razakah case on March 17, 2006, despite your next-friend objection, and you did not move for reconsideration or otherwise appeal that decision. Nor have you separately moved to dismiss our petition for lack of next-friend standing. Accordingly, there is no next-friend challenge pending before the Court and no basis for your denial of our request.

We further note that once the Amended Protective Order is entered, by its terms that is all that is required for cleared counsel to visit their clients. Counsel is only required to submit notification of representation after a second visit.

We ask you to reconsider your position and approve our visit request as submitted. If we do not hear from you by the close of business on Monday, we will assume that you have declined to reconsider our request and that you would not consent to a motion for access to our clients on the dates we have requested. We remain hopeful that this matter can be resolved quickly without the need for court intervention, especially given that there appears to be no good-faith basis to oppose our request for access at this time.

Thank you,

Wells


J. Wells  Dixon
Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9491
Fax: 212-715-8000
Email: JDixon@KRAMERLEVIN.com
http://www.kramerlevin.com


This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, April 12, 2006 5:33 PM
To: Dixon, J. Wells
Subject: RE: GTMO Visit Request


Wells,

In light of our pending objections regarding next-friend standing in the Razakah case, we cannot agree to schedule a visit to Guantanamo at this time.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: JDixon@KRAMERLEVIN.com [mailto:JDixon@KRAMERLEVIN.com]
Sent: Monday, April 10, 2006 4:00 PM
To: Warden, Andrew (CIV)
Subject: FW: GTMO Visit Request

Andrew,

Following up on my email below, please let us know whether GTMO has approved our visit request.

Thanks,

Wells

>

J. Wells Dixon
Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9491
Fax: 212-715-8000
Email: JDixon@KRAMERLEVIN.com
http://www.kramerlevin.com




This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.


-----Original Message-----
> From:    Dixon, J. Wells
> Sent:    Tuesday, April 04, 2006 6:59 PM
> To:  'Andrew.Warden@usdoj.gov'
> Subject: GTMO Visit Request
>
> Andrew,
>
> Attached please find a completed Habeas Visit Coordination Sheet,
> requesting permission for two Kramer Levin attorneys and an
> interpreter to visit the base between May 15 and 18, 2006. Please let

> us know if you require any additional information.
>
> Thanks,
>
> Wells
>
>   <<VisitRequest.pdf>>

3

## Habeas Visit Coordination Sheet

### Case: Razakah v. Bush (05 Civ. 2370)

### Date: April 4, 2006

**Attorney/Interpreter Information:**

| Name/Role * | Home City/State | SSN | Type clearance | Arrival day/time (including flight times & #s) | Departure day/time (including flight times & #s) |
|---|---|---|---|---|---|
| Paul Schoeman/A | Brooklyn, NY | ▮5 | Secret | 5/15/06 – Lynx Air International # 510 Arriving 6:45 p.m. | 5/18/06 – Lynx Air International # 614 Departing 10:30 a.m. |
| Joel Taylor/A | New York, NY | ▮ | Secret | 5/15/06 – Lynx Air International # 510 Arriving 6:45 p.m. | 5/18/06 – Lynx Air International # 614 Departing 10:30 a.m. |
| Jay Dautcher/I | Santa Cruz, CA | ▮ | Secret | 5/15/06 – Lynx Air International # 510 Arriving 6:45 p.m. | 5/18/06 – Lynx Air International # 614 Departing 10:30 a.m. |

* For Attorney indicate with "/A"; for Interpreter indicate with "/I"

KL3:2508711.1

**Visit Schedule*:**

| Date | Morning (time)<br>Detainee/Counsel | Afternoon (time)<br>Detainee/Counsel |
|---|---|---|
| 5/16/06 | **Abdur Razakah (ISN 219)**/Schoeman, Taylor, Dautcher | **Ahmad (ISN 201)**/Schoeman, Taylor, Dautcher |
| 5/17/06 | **Ahmad (ISN 201)**/Schoeman, Taylor, Dautcher | **Abdur Razakah (ISN 219)**/Schoeman, Taylor, Dautcher |

* JTF reserves the right to adjust visit schedule to meet operational needs

2

KL3:2508711.1