IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
                                   :
ABDUR RAZAKAH, et al.,             :
                                   :
            Petitioners,           :
                                   :
      v.                           :  Civil Action No. 05 CV 02370 (EGS)
                                   :
GEORGE W. BUSH, et al.,            :
                                   :
            Respondents.           :
                                   :
---------------------------------- x

## NOTICE OF APPEARANCE AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of Petitioners Abdur Razakah and Ahmad Doe in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
       June 15, 2005

Respectfully submitted,

Counsel for Petitioners:

_____
Darren LaVerne (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000