IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                                :
ABDUR RAZAKAH, *et al.*,           :
                                                :
                    Petitioners,       :
                                                :   Civil Action No. 05 CV 2370 (EGS)
            v.                             :
                                                :
GEORGE W. BUSH, *et al.*,          :
                                                :
                    Respondents.   :
                                                :
———————————————————— x

PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Motion for an Order Requiring Respondents to Provide Counsel and the Court with Thirty-Days' Advance Notice Of Any Intended Removal From Guantánamo.

Dated:  New York, New York
        July 14, 2006

                            Respectfully submitted,

                            Counsel for Petitioners:

                            /s/ Paul Schoeman
                            Paul Schoeman (Pursuant to LCvR 83.2(g))
                            Joel Taylor (Pursuant to LCvR 83.2(g))
                            Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                            Darren LaVerne (Pursuant to LCvR 83.2(g))
                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Tel: (212) 715-9100
                            Fax: (212) 715-8000

                            Barbara Olshansky (NY-0057)

KL3:2531019.1

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736