IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
:
ABDUR RAZAKAH, *et al.*,                                   :
:
               Petitioners,    :
:  Civil Action No. 05 CV 2370 (EGS)
      v.                                                   :
:
GEORGE W. BUSH, *et al.*,                                  :
:
               Respondents.    :
:
---------------------------------------------------------- x

      PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Memorandum of Law in Opposition to Respondents' Motion for Appointment of a "Filter Team" to Examine Privileged Communications.

Dated:    New York, New York
            August 25, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Paul Schoeman
                              Paul Schoeman (Pursuant to LCvR 83.2(g))
                              Joel Taylor (Pursuant to LCvR 83.2(g))
                              Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                              Darren LaVerne (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel: (212) 715-9100
                              Fax: (212) 715-8000

                              Barbara Olshansky (NY-0057)

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736