IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABDUR RAZAKAH, *et al.*,

        Petitioners,

    v.

GEORGE W. BUSH, *et al.*,

        Respondents.

Civil Action No. 05 CV 02370 (EGS)

---

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of Petitioners Abdur Razakah and Ahmad Tourson in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
       November 29, 2006

          Respectfully submitted,

          Counsel for Petitioners:

          _____
          Seema Saifee (Pursuant to LCvR 83.2(g))
          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          1177 Avenue of the Americas
          New York, New York 10036
          Tel: (212) 715-9100
          Fax: (212) 715-8000

KL3 2558647.1