IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
                                                           :
ABDUR RAZAKAH, *et al.*,                                   :
                                                           :
                Petitioners,                          :
                                                           :  Civil Action No. 05 CV 2370 (EGS)
                v.                                    :
                                                           :
GEORGE W. BUSH, *et al.*,                                  :
                                                           :
                Respondents.                          :
                                                           :
---------------------------------------------------------- x


PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Motion for Production of Factual Return.

Dated:   New York, New York
         December 18, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Paul Schoeman
                              Paul Schoeman (Pursuant to LCvR 83.2(g))
                              Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                              Darren LaVerne (Pursuant to LCvR 83.2(g))
                              Seema Saifee (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel:  (212) 715-9100
                              Fax:  (212) 715-8000

                              Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                              J. Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS

KL3 2562974.1

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736