IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUR RAZAKAH, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-2370 (EGS) |

### ORDER DENYING PETITIONERS' MOTION FOR PRODUCTION OF FACTUAL RETURN

It is hereby ordered that Petitioners' Motion for Production of Factual Return is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE