IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
:
ABDUR RAZAKAH, *et al.*,                                   :
:
        Petitioners,                                       :
:   Civil Action No. 05 CV 2370 (EGS)
        v.                                                 :
:
GEORGE W. BUSH, *et al.*,                                  :
:
        Respondents.                                       :
:
---------------------------------------------------------- x

     PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Reply Memorandum in Further Support of Their Motion for Production of a Factual Return.

Dated:  New York, New York
        December 29, 2006

                                Respectfully submitted,

                                Counsel for Petitioners:

                                /s/ Paul Schoeman
                                Paul Schoeman (Pursuant to LCvR 83.2(g))
                                Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                Darren LaVerne (Pursuant to LCvR 83.2(g))
                                Seema Saifee (Pursuant to LCvR 83.2(g))
                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Tel: (212) 715-9100
                                Fax: (212) 715-8000

                                Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                                J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                CENTER FOR CONSTITUTIONAL RIGHTS

KL3 2564741.1

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736