IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
                                                             :
ABDUR RAZAKAH, *et al.*,                                     :
                                                             :
                  Petitioners,              :
                                            :   Civil Action No. 05 CV 2370 (EGS)
             v.                                    :
                                                             :
GEORGE W. BUSH, *et al.*,                                    :
                                                             :
                  Respondents.             :
                                                             :
------------------------------------------------------------ x

## NOTICE OF FILING AND SUMMARY OF PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION TO DISMISS, MOTION FOR A STAY-AND-ABEY ORDER, AND NOTICE OF INTENT TO FILE PETITIONS UNDER THE DETAINEE TREATMENT ACT

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioners Abdur Razakah and Ahmad Tourson ("Petitioners") hereby gives notice that on May 3, 2007 PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION TO DISMISS, MOTION FOR A STAY-AND-ABEY ORDER, AND NOTICE OF INTENT TO FILE PETITIONS UNDER THE DETAINEE TREATMENT ACT was submitted to the Court Security Officer for filing and classification review for public filing. In this motion, Petitioners request that the Court deny Respondents' Motion to Dismiss their habeas petition and hold this action in abeyance pending Petitioners' exhaustion of their remedies in the Court of Appeals under the Detainee Treatment Act of 2005.

The brief will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

KL3 2590584.1

Dated: New York, New York
May 3, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ Paul Schoeman
Paul Schoeman (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736

KL3 2590584.1