IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
                                                           :
ABDUR RAZAKAH, *et al.*,                                   :
                                                           :
                  Petitioners,          :
                                                           :  Civil Action No. 05 CV 2370 (EGS)
            v.                                   :
                                                           :
GEORGE W. BUSH, *et al.*,                                  :
                                                           :
                  Respondents.         :
                                                           :
---------------------------------------------------------- x

      PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Notice of Recent Activity in Guantánamo Cases.

Dated:    New York, New York
             June 27, 2007

                        Respectfully submitted,

                        Counsel for Petitioners:

                        /s/ Paul Schoeman
                        Paul Schoeman (Pursuant to LCvR 83.2(g))
                        Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                        Darren LaVerne (Pursuant to LCvR 83.2(g))
                        Seema Saifee (Pursuant to LCvR 83.2(g))
                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Tel: (212) 715-9100
                        Fax: (212) 715-8000

                        Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                        CENTER FOR CONSTITUTIONAL RIGHTS

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499