# EXHIBIT 3

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 05-5062                          September Term, 2006

04cv01142
04cv01166

Filed On: June 20, 2007 [1046360]

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 05-5063

---

05-5064                                        02cv00299,
02cv00828, 02cv01130,
04cv01135, 04cv01136, 04cv01137,
04cv01144, 04cv01164, 04cv01194,
04cv01227, 04cv01254

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

v.

United States of America, et al.,
    Appellees

---

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

BEFORE:   Sentelle, Randolph, and Rogers, Circuit Judges

## O R D E R

Upon consideration of the motions to hold case in abeyance and to stay issuance of the mandate, the oppositions thereto, and the replies; and the motion to govern, and the opposition thereto, it is

**ORDERED** that the motions to hold case in abeyance and to stay issuance of the mandate be denied. It is

**FURTHER ORDERED** that the motion to govern be denied as moot.

<u>Per Curiam</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk