# EXHIBIT 4

# United States Court of Appeals
### For The District of Columbia Circuit

No. 05-5194

September Term, 2006

04cv02022

Filed On: June 20, 2007

Saifullah Paracha, Detainee, Guantanamo Bay Naval Station and Farhat Paracha, Next Friend,
    Appellants

v.

George W. Bush, Jr., et al.,
    Appellees

---

Consolidated with 05-5333

BEFORE: Ginsburg, Chief Judge, Randolph, Circuit Judge, and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellants' motion to stay the mandate, the opposition thereto, and the reply, it is

ORDERED that the motion be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk