IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
                                                           :
ABDUR RAZAKAH, *et al.*,                                   :
                                                           :
                         Petitioners,                      :
                                                           :   Civil Action No. 05 CV 2370 (EGS)
            v.                                             :
                                                           :
GEORGE W. BUSH, *et al.*,                                  :
                                                           :
                         Respondents.                      :
                                                           :
---------------------------------------------------------- x

   PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Further Notice of Activity in Guantánamo cases.

Dated:   New York, New York
         July 3, 2007

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Paul Schoeman
                              Paul Schoeman (Pursuant to LCvR 83.2(g))
                              Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                              Darren LaVerne (Pursuant to LCvR 83.2(g))
                              Seema Saifee (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel: (212) 715-9100
                              Fax: (212) 715-8000

                              J. Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6439
                              Fax: (212) 614-6499

KL3 2602040.1