*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— x
                                              :
ABDUR RAZAKAH, *et al.*,                       :
                                              :
                      Petitioners,             :
                                              :   No. 05-CV-2370 (EGS)
            v.                                 :
                                              :
GEORGE W. BUSH, *et al.*,                      :
                                              :
                      Respondents.             :
                                              :
———————————————————————— x

## FURTHER NOTICE OF ACTIVITY IN GUANTÁNAMO CASES

Petitioners respectfully submit this further notice of activity in Guantánamo cases. On June 29, 2007, the Supreme Court granted the petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007). The possibility that the Supreme Court will reverse the Court of Appeals' decision provides additional reason for denying Respondents' motion to dismiss.

Dated:    New York, New York
          July 2, 2007

KL3 2601914.1

*CLEARED FOR PUBLIC FILING BY THE CSO*

Respectfully submitted,

Counsel for Petitioners:

/s/ Darren Laverne
Paul Schoeman (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel:  (212) 715-9100
Fax:  (212) 715-8000

J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6439
Fax:  (212) 614-6499