IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————— x
:
ABDUR RAZAKAH, *et al.*,                              :
:
                              Petitioners,           :
:       No. 05-CV-2370 (EGS)
                     v.                               :
:
GEORGE W. BUSH, *et al.*,                             :
:
                              Respondents.            :
:
—————————————————————— x

## NOTICE OF WITHDRAWAL

      PLEASE TAKE NOTICE that Paul Schoeman, Esq. is leaving the law firm of Kramer Levin Naftalis & Frankel LLP.  Mr. Schoeman's name should be removed from the Court's docket as Petitioners' counsel in the above-captioned matter.

      PLEASE TAKE FURTHER NOTICE that Michael J. Sternhell, Darren LaVerne and Seema Saifee of Kramer Levin Naftalis & Frankel LLP continue to remain counsel for Petitioners in the above-captioned matter.  All forthcoming papers must now be served upon Mr. Sternhell, Mr. LaVerne and Ms. Saifee.

Dated:    New York, New York
          December 13, 2007

Respectfully submitted,

Counsel for Petitioners:

_/s/ Seema Saifee_

Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2007, I caused the foregoing Notice

of Withdrawal to be served on counsel via the Court's Electronic Filing System.


 _/s/_  Seema Saifee
Seema Saifee

KL3 2630820.1