IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————— x
                                            :
ABDUR RAZAKAH, *et al.*,                    :
                                            :
        Petitioners,              :
                                            :
      v.                                  :  Civil Action No. 05 CV 02370 (EGS)
                                            :
GEORGE W. BUSH, *et al.*,                   :
                                            :
        Respondents.              :
                                            :
————————————————————— x

## NOTICE OF APPEARANCE AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of Petitioners Abdur Razakah and Ahmad Tourson in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
       May 5, 2008

                              Respectfully submitted,

                              Counsel for Petitioners:

                              */s/ Eric A. Tirschwell*
                              Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel: (212) 715-9100
                              Fax: (212) 715-8000

KL3 2655171.1