CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDUR RAZAKAH, )
       ET AL. )
)
    Plaintiff )
)
    v. )    Civil Case Number 05-2370(RMU)
)
)
)
GEORGE W. BUSH, ET AL. )    Category   G
)
)
    Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 10, 2008 from Judge Emmet G. Sullivan to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Related to CA 05-1509 before Judge Urbina)

                        JUDGE ELLEN S. HUVELLE
                        Chair, Calendar and Case
                        Management Committee

cc:    Judge Sullivan & Courtroom Deputy
       Judge Urbina & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk