IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUR RAZAKAH, et al., | ) |
| Petitioners, | ) |
| v. | ) Civ. No. 05-2370 (EGS) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

NOTICE OF APPEARANCE

Undersigned counsel, Paul A. Dean, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: July 14, 2008               Respectfully submitted,

                                   GREGORY KATSAS
                                   Assistant Attorney General

                                   DOUGLAS N. LETTER
                                   Terrorism Litigation Counsel


                                      /s/ *Paul A. Dean*
                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
                                   VINCENT M. GARVEY (D.C. Bar No. 127191)
                                   JUDRY L. SUBAR (D.C. Bar No. 347518)
                                   TERRY M. HENRY
                                   ANDREW I. WARDEN
                                   PAUL A. DEAN
                                   Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   P.O. Box 883
                                   Washington, DC  20044
                                   Tel:  (202) 514-1280

                                   Attorneys for Respondents