IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUR RAZAKAH, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-2370 (EGS) |
| GEORGE W. BUSH, *et al*. ) | |
| Respondents. ) | |

**STATUS REPORT**

This Court's Calendar Committee has reassigned the instant case from Judge Emmet G. Sullivan to Judge Ricardo M. Urbina. *See* Order (dkt. no. 82). The current status of the case, therefore, is that it is pending before Judge Urbina.

1

Dated: July 14, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ *Paul A.Dean*
JOHN H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL A. DEAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: 202/514-1280

Attorneys for Respondents