IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
ABDUR RAZAKAH, *et al.*,                :
:
            Petitioners,          :
:
            v.                    : Civil Action No. 05-CV-2370 (RMU)
:
GEORGE W. BUSH, *et al.*,              :
:
            Respondents.          :
:
_____ x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Alison Sclater, Esq. is no longer employed by Kramer Levin Naftalis & Frankel LLP. Ms. Sclater's name should be removed from the Court's docket as counsel for Petitioners in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Eric A. Tirschwell, Michael J. Sternhell, Darren LaVerne and Seema Saifee of Kramer Levin Naftalis & Frankel LLP continue to remain counsel for Petitioners in the above-captioned matter.

Dated:    New York, New York
             July 16, 2008

                                        Respectfully submitted,

                                          */s/ Alison Sclater*
                                      Alison Sclater (Pursuant to LCvR 83.2(g))
                                      NEW YORK LEGAL ASSISTANCE GROUP
                                      450 West 33rd Street
                                      New York, New York, 10001
                                      Tel: (212) 613-5017
                                      Fax: (212) 750-0820


                                      Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
                                      Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                      Darren LaVerne (Pursuant to LCvR 83.2(g))
                                      Seema Saifee (Pursuant to LCvR 83.2(g))
                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Tel:  (212) 715-9100
                                      Fax:  (212) 715-8000


                                      *Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I caused the foregoing Notice of Withdrawal to be served on all counsel via the Court's Electronic Filing System.

                                            */s/ Alison Sclater*
                                            Alison Sclater (Pursuant to LCvR 83.2(g))
                                            NEW YORK LEGAL ASSISTANCE GROUP
                                            450 West 33rd Street
                                            New York, New York 10001
                                            Tel: (212) 613-5017
                                            Fax: (212) 750-0820