IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | : Misc. No. 08-442 (TFH) |
|  | : |
| | : Civil Action No. 05-1509 (RMU) |
| GUANTANAMO BAY | : Civil Action No. 05-1602 (RMU) |
| DETAINEE LITIGATION | : Civil Action No. 05-1704 (RMU) |
| | : Civil Action No. 05-2370 (RMU) |
| | : Civil Action No. 05-2386 (RMU) |
| | : Civil Action No. 05-2398 (RMU) |

UIGHUR PETITIONERS' NOTICE OF FILING

Uighur Petitioners hereby notify the Court and opposing counsel that counsel has

delivered to the custody of the Court Security Officer, Uighur Petitioners' Motion to Use CSRT

Records Provided in DTA Action in This Case.

Susan Baker Manning                           Respectfully submitted,
D.C. Bar No. 499635
BINGHAM McCUTCHEN LLP                          /s/George M. Clarke III
2020 K Street NW                               George M. Clarke III
Washington, DC 20006-1806                      D.C. Bar No. 480073
Telephone:  (202) 373-6000                     Miller & Chevalier Chartered
Facsimile:  (202) 373-6001                     655 15th Street, NW, Suite 900
                                               Washington, DC  20005
Sabin Willett (Pursuant to LCvR 83.2(g))       Telephone:  (202) 626-1573
Neil McGaraghan (Pursuant to LCvR 83.2(g))     Facsimile:  (703) 598-5121
Rheba Rutkowski (Pursuant to LCvR 83.2(g))
Jason S. Pinney (Pursuant to LCvR 83.2(g))     *Counsel to Petitioners Ali Mohammad and*
BINGHAM McCUTCHEN LLP                           *Thabid*
One Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000                      Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
Facsimile:  (617) 951-8736                      Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                                Darren LaVerne (Pursuant to LCvR 83.2(g))
*Counsel to Petitioners Abdul Nasser, Abdul*    Seema Saifee (Pursuant to LCvR 83.2(g))
*Sabour, Abdul Semet, Hammad Memet,*            1177 Avenue of the Americas
*Huzaifa Parhat, Jalal Jalaldin, Khalid Ali,*   New York, New York  10036
*Sabir Osman and Edham Mamet*                   Telephone:  (212) 715-9100
                                                Facsimile:  (212) 715-8000

Elizabeth P. Gilson (Pursuant to LCvR 83.2(g))  J. Wells Dixon (Pursuant to LCvR 83.2(g))
383 Orange Street                               CENTER FOR CONSTITUTIONAL RIGHTS

- 2 -

New Haven, Connecticut  06511
Telephone:  (203) 777-4050
Facsimile:  (203) 787-3259

J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6464
Facsimile:  (212) 614-6499

*Counsel to Petitioners Bahtiyar Mahnut and
Arkin Mahmud*

666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6464
Facsimile:  (212) 614-6499

*Counsel to Petitioners Abdul Razakah, Ahmad
Tourson, Abdul Ghaffar and Adel Noori*

882457.1

A/72598884.1